**CORN PRODUCTS REFINING COMPANY, Appellant, v. James J. HOEY, Individually and as Collector of Internal Revenue, Appellee.**

No. 182.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Hughes, Schurman & Dwight, of New York City (Richard E. Dwight, Frank H. Hall, John Fletcher Caskey, and John R. McCullough, all of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited pendente lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**In the Matter of The Petition of Edward E. CUMMINGS, Appellee. In re Joseph BASS, Appellant.**

No. 181.

Circuit Court of Appeals, Second Circuit.

Jan. 13, 1936.

T. Louis A. Britt, of New York City (Charles J. Carroll, of Brooklyn, N. Y., of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Lawson R. Jones and Edward Ash, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**D. EMIL KLEIN CIGAR CO., Appellant, v. Joseph T. HIGGINS, Individually and as Collector of Internal Revenue for the Third District of New York, Appellee.**

No. 191.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Samuel Blumberg, of New York City (J. D. Hyman, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen., F. W. H. Adams, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City (William F. Young, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.